IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER LEE DUNN**                                           **PETITIONER**

VS.                  **CASE NO. 5:12CV00354 SWW**

**RAY HOBBS, Director of the
Arkansas Department of Correction**                         **RESPONDENT**

**ORDER**

The Court has received proposed Findings and Recommended Disposition from Magistrate Judge J. Thomas Ray. After careful review of those Findings and Recommended Disposition, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED that Petitioner's motion for relief from judgment (doc. 14) and amended motion for relief from judgment (doc. 18) are denied.

DATED this 29th day of December, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE